## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LLOYD EMERSON EARL PALMER, III**                              **PLAINTIFF**
**ADC #142453**

**V.**                          **NO. 4:23-cv-00321-BSM-ERE**

**T. HODGES,** *et al.*                                      **DEFENDANTS**

## ORDER

On April 3, 2023, Plaintiff Lloyd Emerson Earl Palmer, III, an inmate at the Southwest Arkansas Community Correction Center ("Correction Center"), filed a complaint (*Doc. 1*) under 42 U.S.C. § 1983 alleging that Correction Center officials have retaliated against him.

Mr. Palmer's claims arose in Texarkana, Arkansas, and all Defendants are located in Texarkana, Arkansas, which is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Accordingly, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

Dated this 5th day of April, 2023.


_____
UNITED STATES MAGISTRATE JUDGE